UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Denis Postovoy
8:24-mj-2472-NHA

| | |
|---|---|
| **Date**: September 19, 2024 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 12:59 PM–1:53 PM<br>2:18 PM – 2:44 PM \| Total: 1 Hour and 17 mins. | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Cherie Krigsman, AUSA | Todd Foster, Retained-Limited |
| **Detention Hearing** ||

Defendant present with counsel.

Defendant waives Identity Hearing and moves to continue arraignment until arrival in charging district. Motion to continue granted.

Government moves for Detention under 18 USC 3142(f)(2)(A).

Defendant objects to government's right to detention hearing = and alternatively argues conditions of release are available.

Court hears argument by both parties. Government admits exhibits 1-5. Government moves to seal Exhibit 4. No objection. Court grants motion to seal.

Court determines that the Government has met it's burden to establish entitlement to a detention hearing under 3142(f)(2)(A)

Court takes brief recess to review cases provided by defense counsel.

Court hears additional argument.

Court orders Defendant detained.

Commitment order entered.

At the request of Defense counsel, Court explains to Defendant that his attorney's representation ends today due to his limited retention. Court reminds Defendant of his right to counsel.

Attorneys for Defendant withdraw. Defendant advised of right to seek court appointed counsel if he is eligible. Defendant indicates he will retain new counsel.